HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
RAYMOND F. LYNCH - 119065
ROBERT BLUM - 40682
CHRISTINA A. LUINI - 238548
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366
rlynch@hansonbridgett.com
rblum@hansonbridgett.com
cluini@hansonbridgett.com

Attorneys for Plaintiff and [Proposed] Substituted Plaintiff
THE RETIREMENT PLAN FOR PHYSICIANS AND
SALARIED EMPLOYEES OF THE PERMANENTE
MEDICAL GROUP, INC. and THE PERMANENTE
MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RETIREMENT PLAN FOR PHYSICIANS AND SALARIED EMPLOYEES OF THE PERMANENTE MEDICAL GROUP, INC., <br><br>Plaintiff, <br><br>v. <br><br>LINDY L. MARK, <br><br>Defendant. | No. C06 3890 MJJ <br><br> STIPULATION AND [PROPOSED] ORDER FOR FILING OF AMENDED COMPLAINT |

## STIPULATION

Pursuant to Federal Rules of Civil Procedure 15(a) and 21, the parties stipulate as follows:

1. The Retirement Plan for the Physicians and Salaried Employees of the Permanente Medical Group, Inc. (the "Plan") filed this action on June 22, 2006.

2. On July 11, 2006, Defendant Lindy Li Mark's attorney, Michael Low, properly accepted service of the Summons and Complaint in this action on her behalf. He executed a Notice and Acknowledgement of Receipt of Summons and Complaint on July 24, 2006.

3. The parties now agree that The Permanente Medical Group, Inc. ("TPMG") may

- 1 -

| | |
|---|---|
| 1 | be substituted for the Plan as the Plaintiff in this action. |
| 2 | 4. The parties hereby stipulate that a First Amended Complaint, a copy of which is |
| 3 | attached hereto, naming TPMG as the Plaintiff in this action may be filed with the Court. |
| 4 | 5. The parties further stipulate that, as provided by Federal Rule of Civil Procedure |
| 5 | 15(a), Defendant Mark shall plead in response to the First Amended Complaint within the time |
| 6 | remaining for response to the original pleading or within ten (10) days after the First Amended |
| 7 | Complaint is filed with the Court, whichever period may be the longer. |

DATED: August 11, 2006

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/ Christina Luini

RAYMOND F. LYNCH
CHRISTINA A. LUINI
Attorneys for Plaintiff and [Proposed] Substituted Plaintiff
THE RETIREMENT PLAN FOR PHYSICIANS AND SALARIED EMPLOYEES OF THE PERMANENTE MEDICAL GROUP, INC. and THE PERMANENTE MEDICAL GROUP, INC.

DATED: August 14, 2006

YOUNGMAN, ERICSSON & LOW LLP

By: /s/ Michael Low

MICHAEL LOW
Attorneys for Defendant
LINDY L. MARK

### ~~PROPOSED~~ ORDER

Pursuant to the parties' stipulation, a First Amended Complaint naming The Permanente Medical Group Inc. as the Plaintiff in this action may be filed with this Court. Defendant Lindy Mark shall plead in response to this First Amended Complaint within the time remaining for response to the original pleading or within ten (10) days after the First Amended Complaint is

- 2 -

STIP AND [~~PROPOSED~~] ORDER FOR FILING AM COMPLAINT (CASE NO. C06 3890 MJJ)     1268511.2

1  filed with the Court, whichever period may be the longer.
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4  Dated: August 22, 2006
   
   HON. MARTIN J. JENKINS
5  United States District Judge

- 3 -