HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
RAYMOND F. LYNCH - 119065
ROBERT BLUM - 40682
CHRISTINA A. LUINI - 238548
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
rlynch@hansonbridgett.com
rblum@hansonbridgett.com
cluini@hansonbridgett.com

Attorneys for Plaintiff
THE PERMANENTE MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERMANENTE MEDICAL GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>LINDY L. MARK,<br><br>Defendant. | No. C06 3890 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |

Plaintiff The Permanente Medical Group ("TPMG") and Defendant Lindy L. Mark previously agreed to Early Neutral Evaluation ("ENE"). On September 7, 2006, the parties were referred to ADR and ordered to complete ENE within ninety (90) days. An evaluator, however, was not appointed to the case until October 2, 2006. Shortly thereafter, pursuant to ADR Local Rule 2-5(d)(4), Plaintiff objected to the Court's appointment of Jeffrey G. Lewis as the evaluator. The Court vacated his appointment. The new evaluator, Stephen A. McKae, was not appointed to the case until November 17, 2006. As a result of this recent appointment, the parties have met and conferred and agree that they cannot complete ENE by the previously imposed deadline of December 5, 2006.

///

///

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR CONTINUATION OF DEADLINE TO
COMPLETE ENE (CASE NO. C06 3890 MJJ)

1288434.1

Pursuant to Local Rule 6-2, the parties hereby stipulate and agree to complete ENE by January 25, 2007 and respectfully request the Court to grant a continuance of the deadline to complete ENE to that date.

I, Christina A. Luini, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ("/s/") within this e-filed document.

DATED: December 1, 2006    HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/
CHRISTINA A. LUINI
Attorneys for Plaintiff
THE PERMANENTE MEDICAL GROUP, INC..

DATED: December 1, 2006    YOUNGMAN, ERICSSON & LOW LLP

By: /s/
MICHAEL LOW
Attorneys for Defendant
LINDY L. MARK

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the date to complete ENE is extended from December 5, 2006 to January 25, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 5, 2006    By: *[signature]*
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION AND [████████] ORDER FOR CONTINUATION OF DEADLINE TO COMPLETE ENE (CASE NO. C06 3890 MJJ)                1288434.1