HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
RAYMOND F. LYNCH - 119065
ROBERT BLUM - 040682
CHRISTINA A. LUINI - 238548
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
rlynch@hansonbridgett.com
rblum@hansonbridgett.com
cluini@hansonbridgett.com

Attorneys for Plaintiff
THE PERMANENTE MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERMANENTE MEDICAL GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>LINDY L. MARK,<br><br>Defendant. | No. C06 3890 MJJ<br><br>STIPULATION AND [░░░░░░] ORDER FOR FURTHER CONTINUANCE OF DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION |

Plaintiff The Permanente Medical Group ("TPMG") and Defendant Lindy L. Mark previously agreed to Early Neutral Evaluation ("ENE"). On September 7, 2006, the parties were referred to ADR and ordered to complete ENE within ninety (90) days. Because the parties were not assigned to an Early Neutral Evaluator until November 17, 2006 (just a few weeks prior to the December 5, 2006 deadline), the parties entered into a stipulation to extend the ENE deadline to January 25, 2007. A stipulation continuing the ENE deadline to January 25, 2007 was signed by Judge Martin J. Jenkins on December 5, 2006 and filed with the Court on December 6, 2006.

The parties subsequently participated in a telephone conference with the assigned Early Neutral Evaluator, Stephen McKae, and agreed upon an ENE date of January 23, 2007. On January 16, 2007, Mr. McKae informed Defendant Mark's counsel that he would need to postpone the ENE until a later date. As such, the parties have met and conferred and agreed that

- 1 -

STIPULATION AND [░░░░░░] ORDER FOR CONTINUATION OF DEADLINE TO COMPLETE ENE (CASE NO. C06 3890 MJJ)

1296972.1

they will be unable to complete ENE by the deadline of January 25, 2007. Furthermore, Defendant Mark will be out of the country and unavailable to attend an ENE from January 25, 2007 through February 25, 2007. Consequently, the parties must reschedule the ENE for some date after February 25, 2007.

Pursuant to Local Rule 6-2, the parties hereby stipulate and agree to complete ENE by March 31, 2007 and respectfully request the Court to grant a continuance of the deadline to complete ENE to that date.

I, Christina A. Luini, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ("/s/") within this e-filed document.

DATED: January 23, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/ Christina A. Luini
CHRISTINA A. LUINI
Attorneys for Plaintiff
THE PERMANENTE MEDICAL GROUP, INC..

DATED: January 18, 2007

YOUNGMAN, ERICSSON & LOW LLP

By: /s/ J. John Kelly III
JOHN KELLY
Attorneys for Defendant
LINDY L. MARK

**ORDER**

Pursuant to the Stipulation above, the date to complete ENE is extended from January 25, 2007 to March 31, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR CONTINUATION OF DEADLINE TO COMPLETE ENE (CASE NO. C06 3890 MJJ)

1296972.1

1
2   DATED: 2/5/2007                  By: *[signature]*
3                                        THE HONORABLE MARTIN J. JENKINS
                                         UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

STIPULATION AND [░░░░░░░░] ORDER FOR CONTINUATION OF DEADLINE TO
COMPLETE ENE (CASE NO. C06 3890 MJJ)                                    1296972.1