| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| | RAYMOND F. LYNCH - 119065 |
| 2 | ROBERT BLUM - 40682 |
| | CHRISTINA A. LUINI - 238548 |
| 3 | 425 Market Street, 26th Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone:  (415) 777-3200 |
| | Facsimile:  (415) 541-9366 |
| 5 | rlynch@hansonbridgett.com |
| | rblum@hansonbridgett.com |
| 6 | cluini@hansonbridgett.com |

Attorneys for Plaintiff
THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERMANENTE MEDICAL GROUP, INC. | No. C06 3890 MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF FURTHER STATUS CONFERENCE** |
| v. | |
| LINDY L. MARK, | |
| Defendant. | |

Pursuant to this Court's October 16, 2006 Pre-Trial Order, a Further Status Conference in the instant action has been set for April 24, 2007. Counsel for Plaintiff is unavailable on that date and counsel for Defendant has agreed to a continuance of the conference.

Pursuant to Local Rule 6-2 and this Court's Standing Order, the parties hereby stipulate and agree to continue the Further Status Conference from April 24, 2007 at 2:00 p.m. to May 1, 2007 at 2:00 p.m. or the first date and time thereafter that this Court has available for such conference and respectfully request the Court grant said continuance.

/ / /

/ / /

/ / /

I, Christina A. Luini, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ("/s/") within this e-filed document.

DATED: April 10, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/
CHRISTINA A. LUINI
Attorneys for Plaintiff
THE PERMANENTE MEDICAL GROUP, INC..

DATED: April 10, 2007

YOUNGMAN, ERICSSON & LOW LLP

By: /s/
JOHN KELLY
Attorneys for Defendant
LINDY L. MARK

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the Further Status Conference previously scheduled for April 24, 2007 at 2:00 p.m. is hereby continued to May 1, 2007 at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/20/2007            By: /s/ Martin J. Jenkins
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE