IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TPMG

        Plaintiff(s),

v.

LINDY L. MARK,

        Defendant(s).

No. C06-3890 MJJ

**ORDER**

Upon the parties joint request for an earlier settlement conference before Magistrate Judge Joseph C. Spero, as set forth in a letter dated 7/20/07, it is HEREBY ORDERED that the request is GRANTED, subject to Magistrate Judge Spero's availability for an earlier date than the previously scheduled Oct. 10, 2007 Settlement Conference date.

Counsel will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge.

**IT IS SO ORDERED.**

Dated:    8/2/007

MARTIN J. JENKINS
United States District Judge