# HANSON BRIDGETT MARCUS VLAHOS RUDY·LLP

CHRISTINA A. LUINI
ATTORNEY AT LAW
DIRECT DIAL 415 995 5055
DIRECT FAX 415 995 3507
REPLY TO SAN FRANCISCO
E-MAIL cluini@hansonbridgett.com

August 15, 2007

**VIA FACSIMILE AND E-FILING**

Attn: Mary Ann Macudzinski-Gomez, Clerk
The Honorable Joseph C. Spero
United States District Court – Northern District CA
450 Golden Gate Ave., Ctrm. A, 15th Fl.
San Francisco, CA 94102

Re: *TPMG v. Lindy L. Mark*
USDC, Northern Dist. California, Case No. C 06 -3890 MJJ

Dear Judge Spero:

An Early Settlement Conference in the above-referenced action is currently scheduled to take place before you on September 18, 2007 at 9:30 a.m. The parties have met and conferred and agreed to move the Settlement Conference forward one week to Wednesday, September 12, 2007, with the due date for lodging the Settlement Conference Statement to be 14 days prior to said conference, or August 29, 2007. Our office has contacted your clerk, Mary-Ann Macudzinski-Gomez, and confirmed your availability for a September 12, 2007 Settlement Conference. We therefore respectfully request that your Honor order the date of the Settlement Conference moved to September 12, 2007, at 9:30 a.m.

Thank you for your consideration.

Sincerely,

*Christina Luini*

Christina A. Luini

CAL:jln

cc: J. John Kelly, Esq.
Raymond F. Lynch, Esq.

IT IS SO ORDERED
Judge Joseph C. Spero

Dated: August 16, 2007

LAW OFFICES
WWW.HANSONBRIDGETT.COM

SAN FRANCISCO
425 MARKET STREET
26TH FLOOR
SAN FRANCISCO · CALIFORNIA 94105
TELEPHONE 415·777·3200
FACSIMILE 415·541·9366
SF@HANSONBRIDGETT.COM

NORTH BAY
WOOD ISLAND
80 E. SIR FRANCIS DRAKE BLVD.·SUITE 3E
LARKSPUR · CALIFORNIA 94939
TELEPHONE 415·925·8400
FACSIMILE 415·925·8409
NORTHBAY@HANSONBRIDGETT.COM

SACRAMENTO
980 NINTH STREET
SUITE 1500
SACRAMENTO · CALIFORNIA 95814
TELEPHONE 916·442·3333
FACSIMILE 916·442·2348
SAC@HANSONBRIDGETT.COM

1343300.1